[No. 44704-1-I. Division One. December 26, 2000.]

JIM SCOTT, ET AL., *Respondents*, v. DALLY HOMES, INC., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 98-2-20885-6, Ronald Kessler, J., entered May 3, 1999. *Reversed* by unpublished opinion per Grosse, J., concurred in by Webster and Ellington, JJ.

[No. 45918-0-I. Division One. December 26, 2000.]

VERONICA V. GARABEDIAN, *Appellant*, v. JAMES YOUNGREN, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 98-2-15044-1, Donald D. Haley, J., entered December 17, 1999 and January 10, 2000. *Affirmed* by unpublished opinion per Cox, J., concurred in by Coleman and Ellington, JJ.

[No. 45833-7-I. Division One. December 26, 2000.]

MERCER PLACE CONDOMINIUM ASSOCIATION, *Appellant*, v. STATE FARM FIRE & CASUALTY COMPANY, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 97-2-01341-1, R. Joseph Wesley, J., entered September 7, 1999. *Affirmed* by unpublished opinion per Kennedy, J., concurred in by Grosse and Ellington, JJ. Now published at 104 Wn. App. 597.

[Nos. 45399-8-I; 45452-8-I. Division One. December 26, 2000.]

LINDA F. MURPHY, ET AL., *Respondents*, v. CLAUDIA M. HEWITT, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 96-2-05750-7, Richard J. Thorpe, J., entered September 3, 1999. *Affirmed* by unpublished opinion per Agid, C.J., concurred in by Baker and Becker, JJ.